| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Jordan, Kent A. | 2. Court or Organization Third Circuit Court of Appeals | 3. Date of Report 05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Execuitve Committee | Richard S. Rodney Inn of Court |
| 2. Board Member | American Inns of Court |
| 3. Board Member | Ministry of Caring |
| 4. Board Member | Sacred Heart Village |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Vanderbilt University - teaching | $8,955.00 |
| 2. 2012 | University of Pennsylvania School of Law - teaching | $10,000.00 |
| 3. 2012 | Vanderbilt University - teaching | $8,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt University | 2/10-18/12 | Nashville, TN | teaching | food, lodging and transportation |
| 2. | Pepperdine University | 3/14-16/12 | Malibu, CA | speaker at seminar | food, lodging and transportation |
| 3. | Georgetown University | 3/29/12 | Washington, DC | moot court judge | food and transportation |
| 4. | G.S. Rich American Inn of Courts | 5/12/12 | Washington, DC | annual dinner | food and transportation |
| 5. | American Inns of Court Foundation | 5/17-20/12 | Nashville, TN | Spring Board Meeting | food, lodging and transportation |
| 6. | University of Naples Federico II | 6/10-17/12 | Naples, Italy | speaker at seminar | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jordan, Kent A. | 05/07/2013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. | The Sedona Conference | 10/10-12/12 | Del Mar, CA | speaker at seminar | food, lodging and transportation |
| 8. | American Inn of Court Foundation | 10/19-20/12 | Washington, DC | Fall Board Meeting | food, lodging and transportation |
| 9. | Vanderbilt University | 10/27-11/2/12 | Nashville, TN | teaching | food, lodging and transportation |
| 10. | George Washington University | 12/7-12/16/12 | Delhi, India | speaking at seminar | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jordan, Kent A. | 05/07/2013 |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University of Naples Federico II | Airline ticket to Naples, Italy | $1,464.20 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab U.S. Treasury Money Fund | A | Dividend | J | T | | | | | |
| 2. Gateway Index Plus Fund | A | Dividend | K | T | | | | | |
| 3. Loomis Sayles Bond | B | Dividend | K | T | Buy (add'l) | 11/28/12 | J | | |
| 4. JPMorgan Core Plus Bond A | A | Dividend | | | Sold | 09/14/12 | K | A | |
| 5. DWS High-Yield Fund | B | Dividend | K | T | | | | | |
| 6. Rydex Healthcare | A | Dividend | K | T | | | | | |
| 7. Rydex Inverse High Yield Strategy H | | None | | | Buy | 06/01/12 | J | | |
| 8. | | | | | Sold | 07/03/12 | J | | |
| 9. | | | | | Buy | 10/16/12 | J | | |
| 10. | | | | | Buy (add'l) | 11/15/12 | J | | |
| 11. | | | | | Sold | 12/17/12 | K | | |
| 12. Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 01/09/12 | J | | |
| 13. | | | | | Buy (add'l) | 01/25/12 | J | | |
| 14. | | | | | Buy (add'l) | 02/06/12 | J | | |
| 15. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 16. | | | | | Sold (part) | 05/18/12 | J | | |
| 17. | | | | | Sold (part) | 11/29/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 9

Name of Person Reporting

Jordan, Kent A.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Gold Trust | | None | | | Buy | 01/11/12 | J | | |
| 19. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 20. | | | | | Sold (part) | 03/06/12 | J | | |
| 21. | | | | | Sold | 05/09/12 | J | | |
| 22. iShares DJ US IDX Transportation | A | Dividend | | | Buy | 02/13/12 | J | | |
| 23. | | | | | Sold | 05/18/12 | J | | |
| 24. Rydex Leisure | A | Dividend | K | T | Buy | 03/13/12 | J | | |
| 25. | | | | | Buy (add'l) | 07/18/12 | J | | |
| 26. | | | | | Buy | 11/29/12 | J | | |
| 27. Franklin Utilities Series Cl A | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 28. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 29. | | | | | Buy (add'l) | 07/26/12 | J | | |
| 30. | | | | | Sold (part) | 09/17/12 | J | A | |
| 31. | | | | | Sold (part) | 11/12/12 | J | | |
| 32. Franklin Gold and Precious Metals A | | None | | | Buy | 05/25/12 | J | | |
| 33. | | | | | Sold | 07/23/12 | J | | |
| 34. Schwab U.S. Broad Market | A | Dividend | K | T | Buy | 08/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 36. ICON Materials Fund Class S | | None | | | Buy | 09/20/12 | J | | |
| 37. | | | | | Sold | 11/15/12 | J | | |
| 38. Rydex Transportation Fund | | None | K | T | Buy | 12/04/12 | J | | |
| 39. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 40. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 41. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 42. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. Capital One (X) | A | Interest | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544